06-15-00090-CR

RECEIVED IN
The Court of Appeals
Sixth District

MAY 2 2 2015

Texarkana, Texas
Debra Autrey, Clerk

Court of Appeals

Sixth Court of Appeals

Bi-State Justice Bldg.

100 N. State Line Ave. #20

Texarkana, Texas 75501-5952

FILED IN
The Court of Appeals
Sixth District

MAY 2 2 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Leave to File

Writ of Mandamus

Mark Eugene Engle

v.

The State of Texas

Trial Case No. 29110

Honorable Judge Beacom

In the 354th District Court

Parties:

Mark Eugene Engle

#1958430   Pro-Se

Connally Unit

899 F.M. 632

Kennedy,TX 78119

Judge Beacom

Of the 354th

District Court

(I)

# Table of Contents

Identity of The Parties ... I

Index of Authorities ... 3

Statement of The Case ... 4

Issue Presented with Argument ... 5

Petition should be granted because Relator has

Demonstrated that his motion has been filed or

brought to the attention of the Trial Court, or

on the alternative is it an abuse of discretion

for the trial Judge not to rule on a timely filed

motion.

Conclusion and Prayer ... 6

Certificate of Service ... 6

Exhibit A Attached ... 7

## Index of Authorities

Canadian Helicopters Ltd v Witting, 876 S.W.2d 304,305 (Texas 1994) — 5

Johnson v Fourth Court of Appeals 700 S.W.2d 916,917 (Texas 1985) — 5

Stoner v Massey, 586 S.W.2d 843,846 (Texas 1979) — 5

In re Villareal, 96 S.W.3d 708,710-711 (Tex.App. Ammarillo 2003) — 6

## Statement of the Case

On January 20th 2015 relator sent a notion to add additional designation issue to Judge Beacom that would prove relator's actual innocence in regards to the invalid search warrant and affidavit for search warrant and orders from the examining trial. On Febuary 9th 2015 relator sent a motion To Return Property. On December 19th 2014 relator filed a motion Designation The Grand Jury Minutes. On April 20th 2015 relator sent by Certified Mail (see Exhibit "A" attached green card and receipt) motion to Show Cause and motion to Dismiss with Prejudice. The Honorable Judge has a duty to rule on an timely motion which is a Judicial Act. It is an abuse of Discretion not to act.

(4)

## Issue Presented

Is it an Abuse of Discretion for the Judge to not rule on a timely filed motion.

## Facts

On December 19th 2014 relator sent a motion to the Judge for Designation of the Grandjury Minutes. See (C.R.Pg.136).On January 20th 2015 relator sent a motion for Additional Deignation to prove his actual innocence on an invalid search warrant and affidavit of search warrant and orders from the examing trial. On Febuary 9th 2015 relator sent a motion to Return Property to the Judge. On March 9th 2015 he sent a motion Designation of record on an incomplete record. On April 20th 2015 he sent a motion to Show Cause to the Judge and a motion to Dismiss with Prejudice by Certified Mail see Exhibit "A" attached with Certified Mail Receipt.

## Arguments

### Standard of Review

Mandamus is an extraordinary remedy, available only in limited circunstances. Ca Adian HelicoptersLtd v Witting, 876 S.W.2d 304,305 (Texas 1994).

It is the Burden of the relator to show entitlement to the relief being request ed. See Generally Johnson v Fourth Court of Appeals, 700 S.W.2d 916,917 (Texas 1985),(O riginal Proceeding). In order to be entitled to relief, the relator must show the following: (1) a legal duty to perform; (2) a demand for performance; and (3) a refusal to act. See Stoner v Massey, 586 S.W.2d 843,846 (Texas 1979).

With the facts presented relator has shown that all motions are over (30) days with the attached Exhibit "A" attached green card Certified Receipt.

Relator's petition should be granted because relator has demostrated that his motion has been filed or brought to the attention of the trial court.

The Burden is on the relator to show that the District Court knew of it's Duty to act and neglected to perform it. See: In re Villareal, 96 S.W.3d 708,710-711 (Tex.App Amarillo 2003) Relator has meet his Burden, he is entitled to relief. See: Stoner v Massey, 586 S.W.2d At846.

## Conclusion and Prayer

Relator's petition should be Granted, he has demonstrated that the trial court has failed to act in a timely fashion.

Wherefore, premises considered. Relator Prays the Court Grants relator leave to file Writ of Mandamus.

Respectfully Submitted,

Mark Eugene Engle
May 18th 2015

## Certificate of Service

On this day the 18th of May 2015, relator sent this leave to file Mandamus to the 6th Court of Appeals of Texarkana Texas Clerk Debbie Autrey from the Connally Unit 899 F.M. 632, Kenedy Texas 78119 by first class mail.

Sincerly Submitted,

Mark Eugene Engle

(6)

(1) Green Card Certified with Certified Receipt.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature _X_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _dean Davis_ C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No<br>GREENVILLE TX CL#12 APR 22 2015 75401 |
| 1. Article Addressed to:<br>Donna Meeks<br>Court Administrator<br>354th District Court<br>Hunt County Courthouse<br>Greenville, TX 75401 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) 7011 0110 0001 4365 7339 | |
| PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540 | |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $10.29 | |

Sent To _Donna Meeks 354th District Court_
Street, Apt. No.; or PO Box No. _Hunt County Courthouse_
City, State, ZIP+4 _Greenville, TX 75401_

PS Form 3800, August 2006     See Reverse for Instructions

7011 0110 0001 4365 7339

(7)